UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[1] JOSHUA FORTUNO - SERRANO,<br>[2] LUIS ANGEL QUIJANO - CRUZ,<br><br>Defendants. | INDICTMENT<br><br>CRIMINAL NO. 24-69 (SCC)<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and 846<br><br>(Two Counts & Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNT ONE
**Conspiracy to Possess With Intent to Distribute Cocaine**
**21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii), and 846**

Beginning on a date unknown, but not later than February 9, 2024, continuing up to and until the return of this Indictment, in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] JOSHUA FORTUNO - SERRANO,
[2] LUIS ANGEL QUIJANO - CRUZ,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute five (5) kilograms or more of a mixture or substance

containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled substance. All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii), and 846.

### COUNT TWO
### Possession with Intent to Distribute Cocaine
### 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii)

On or about February 9, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[1] JOSHUA FORTUNO - SERRANO,**
**[2] LUIS ANGEL QUIJANO - CRUZ,**

the defendants herein, aiding and abetting each other and other persons, known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute and to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii), and 18 U.S.C. § 2.

### NARCOTICS FORFEITURE ALLEGATION
### 21 U.S.C. §§ 853

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853.

2. Pursuant to 21 U.S.C. §§ 853, upon conviction of any of the offenses alleged in Counts One and Two of this indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

W. Stephen Muldrow
United States Attorney

TRUE BILL

_____
for Max Pérez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

FOREPERSON

Date: 22 FEB 24

_____
María L. Montañez-Concepción
Assistant U.S. Attorney, Deputy Chief
Transnational Organized Crime Section

_____
María Cristina Semanaz-Ojeda
Assistant U.S. Attorney
Transnational Organized Crime Section

3